IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03320-RPM

JACQUES BOURRET,

    Plaintiff,

v.

ASPECT MANAGEMENT CORP.,
ASPECT HOLDINGS, LLC,
ASPECT ENERGY, LLC, and
ASPECT ENERGY INT'L, LLC,

    Defendants.
_____

ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT
_____

    Upon review of Plaintiff's Unopposed Motion for Leave to File Amended Complaint [20], it is

    ORDERED that the motion is granted.

    Dated: April 30th, 2013

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge