IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03320-RPM

JACQUES BOURRET,

    Plaintiff,

v.

ASPECT MANAGEMENT CORP.,
ASPECT HOLDINGS, LLC,
ASPECT ENERGY, LLC, and
ASPECT ENERGY INT'L, LLC,

    Defendants.
_____

ORDER FOR HEARING
_____

    Upon consideration of the plaintiff's motion to compel, filed August 6, 2013, with related papers, the defendants' response in opposition, filed August 30, 2013, and the plaintiff's reply, filed September 13, 2013, and it appearing from all of the papers filed that a hearing should be held and that the Court should consider an *in camera* review of the documents at the time of the hearing, it is now

    ORDERED that a hearing will be held at a time to be scheduled with counsel at which the Court will hear the issues concerning waiver, inadvertent disclosure and *in camera* review and it is

    ORDERED that the defendants shall have available at the hearing the disputed documents giving the Court an opportunity to proceed with an *in camera* review at that time.

Dated: October 9th, 2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge