IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03320-RPM

JACQUES BOURRET,

    Plaintiff,

v.

ASPECT MANAGEMENT CORP.,
ASPECT HOLDINGS, LLC,
ASPECT ENERGY, LLC, and
ASPECT ENERGY INT'L, LLC,

    Defendants.

_____

ORDER FOR HEARING
_____

    Upon consideration of the plaintiff's motion to compel, filed September 6, 2013, with related papers, and the defendants' response in opposition, filed October 4, 2013, and it appearing from all the papers filed that a hearing should be held, it is now

    ORDERED that a hearing will be held at a time to be scheduled with counsel.

    Dated:  October 10th, 2013

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge