IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03320-RPM

JACQUES BOURRET,

      Plaintiff,

v.

ASPECT MANAGEMENT CORP.,
ASPECT HOLDINGS, LLC,
ASPECT ENERGY, LLC, and
ASPECT ENERGY INT'L, LLC,

      Defendants.

_____

ORDER FOR HEARING
_____

Upon consideration of the plaintiff's motion to compel, filed September 6, 2013, with

related papers, and the defendants' response in opposition, filed October 4, 2013, and it

appearing from all the papers filed that a hearing should be held, it is now

ORDERED that a hearing will be held at a time to be scheduled with counsel.

Dated:   October 10th, 2013

                                    BY THE COURT:


                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge