# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                    October 31, 2013
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 12-cv-03320-RPM

JACQUES BOURRET,                              Frances A. Koncilja
                                              Richard P. Yetter
         Plaintiff,
v.

ASPECT MANAGEMENT CORP.,                      Peter G. Koclanes
ASPECT HOLDINGS, LLC,                         Gordon W. Netzorg
ASPECT ENERGY, LLC, and
ASPECT ENERGY INT.L, LLC,

         Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motions to Compel**

**2:00 p.m.        Court in session.**

Court's preliminary remarks and states its understanding of the case.

Argument by Mr. Yetter [25]/[28].
Argument by Mr. Koclanes.
**Court instructs Mr. Koclanes to organize redacted and unredacted documents (email chains) and submit them to the Court, at the end of this hearing, for in camera review.**

Argument by Mr. Yetter [38]/[39].
Argument by Mr. Koclanes.

**ORDERED:    Plaintiff's Motion to Compel Production Due to Waiver of the Attorney-Client Privilege and Request For in Camera Review Based on the Crime-Fraud Exception [25]/[28], is taken under advisement.**

**Plaintiff's Motion to Compel Production of Documents and Interrogatory Answers [38]/[39], is denied in part (production of AOL account emails that have not been already produced as discussed on record).**

**Defendant's Oral motion to seal/restrict transcript of this hearing by Mr. Koclanes is denied.**

Mr. Koclanes identifies on record documents to be submitted for in camera review.

**4:05 p.m.        Court in recess.**   Hearing concluded.  Total time: 2 hrs. 05 min.