THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03320-RPM

JACQUES BOURRET,

     Plaintiff,

v.

ASPECT MANAGEMENT CORPORATION,
ASPECT HOLDINGS, LLC,
ASPECT ENERGY, LLC, and
ASPECT ENERGY INT'L, LLC,

     Defendants.
_____

ORDER GRANTING PLAINTIFF'S MOTION TO RESTRICT
_____

     Upon consideration of the unopposed motion to restrict at Level 1 public access to plaintiff's damages brief regarding the Atrush Project, and all exhibits thereto, [112], it is

     ORDERED that the motion is granted.

     DATED:   May 5th, 2014

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior District Judge