**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge**

Civil Action No. 12-cv-03320-RPM

JACQUES BOURRET,

    Plaintiff,

v.

ASPECT MANAGEMENT CORPORATION,
ASPECT HOLDINGS, LLC,
ASPECT ENERGY, LLC, and
ASPECT ENERGY INT'L, LLC,

    Defendants.

_____

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the parties' Joint Motion for Dismissal with Prejudice, filed October 3, 2014 (the "Joint Motion"). Accordingly, the Court, being fully advised in the premises, ORDERS as follows:

    1. The Joint Motion is GRANTED.

    2. The above-captioned action and all claims asserted therein are hereby

    DISMISSED WITH PREJUDICE.

    3. Each of the parties shall bear his or its own attorneys' fees and costs in connection with this action.

Dated this 3rd day of October, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior U.S. District Judge